People ex rel. Hereth v Franchi (2023 NY Slip Op 02073)

People ex rel. Hereth v Franchi

2023 NY Slip Op 02073

Decided on April 21, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 21, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
JOSEPH J. MALTESE
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2023-03639

[*1]The People of the State of New York, ex rel. Matthew J. Hereth, on behalf of Shanti Felton, petitioner,
v
Michael Franchi, etc., respondent.

Laurette D. Mulry, Riverhead, NY (Matthew J. Hereth pro se of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (Kim Marie Carson and Glenn Green of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Shanti Felton upon his own recognizance or to set reasonable bail pursuant to CPL 30.30(2)(a) upon Suffolk County Indictment No. 73320/2022.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner failed to demonstrate entitlement to relief pursuant to CPL 30.30(2)(a).
BARROS, J.P., MALTESE, WARHIT and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court